UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  09-21597-CIV-TORRES

KERNEL RECORDS OY,

      Plaintiff,

v.

TIMOTHY Z. MOSLEY p/k/a TIMBALAND;
UMG RECORDINGS, INC. d/b/a INTERSCOPE-
GEFFEN-A&M, d/b/a INTERSCOPE, d/b/a
GEFFEN, MOSLEY MUSIC GROUP, LLC;
UNIVERSAL MUSIC DISTRIBUTION; CORP.;
NELLY FURTADO; NELSTAR PUBLISHING, INC.;
EMI MUSIC PUBLISHING, INC.; EMI APRIL MUSIC.
INC.; VIRGINIA BEACH MUSIC; WB MUSIC CORP
And WARNER CHAPPELL MUSIC, INC.,

      Defendants.

_____/

**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME
TO SERVE DRAFT MOTION FOR ATTORNEY'S FEES
PURSUANT TO LOCAL RULE 7.3(b)**

      Defendants, Timothy Z. Mosley p/k/a Timbaland, UMG Recordings, Inc., Mosley Music,

LLC, Universal Music Group Distribution, Corp., Nelly Furtado, EMI April, Inc., EMI

Blackwood, Inc., WB Music Corp. and Warner/Chappell Music, Inc. (collectively the

"Defendants"), respectfully request this Court's entry of an order granting a two week

enlargement of time for Defendants to serve their draft Motion for Attorney's Fees pursuant to

Local Rule 7.3(b), and to extend all related deadlines for the same period, and in support thereof,

Defendants state as follows:

# 507456 v1

CASE NO.  09-21597-CIV-TORRES

1.      Final judgment in favor of Defendants was entered by the Court on June 7, 2011 (DE 241).

2.      Pursuant to Local Rule 7.3(b), Defendants' draft motion for attorney's fees is due to be served upon Plaintiff's counsel by July 7, 2011.  Due to obligations in other matters and pre-paid family vacation plans, Defendants request that the date for service of the draft motion be extended for two weeks, through and including July 21, 2011.

3.      Defendants also request that the other related deadlines be extended for the same two week period, so that the parties' meet and confer obligations set forth in Local Rule 7.3(b) be set for 21 days from service of the draft motion, and the deadline to file Defendants' motion for attorney's fees with the Court be extended from August 5, 2011 to August 19, 2011.

4.      Pursuant to Local Rule 7.1, undersigned counsel contacted counsel for Plaintiff to determine whether there is an objection to the relief sought herein.  Plaintiff's counsel has not specifically responded as to whether Plaintiff agrees to the requested extension.  Instead, Plaintiff's position is that any attorney's fees proceedings should be delayed until after the completion of the appeal which Plaintiff has initiated before the Eleventh Circuit.  Defendants believe that such a delay would be prejudicial because, should attorney's fees be assessed against Plaintiff, it is inevitable that such ruling will also be appealed.  Defendants believe that any such appeals should be decided in tandem with, or in reasonable proximity to, each other.  Otherwise, the time to reach final resolution of all issues would be doubled.  Plaintiff has not provided its position on the two week enlargement being requested herein.

WHEREFORE, based on the foregoing, Defendants request this Court's entry of an order enlarging the time to serve a draft attorney's fees motion for two weeks, through July 21, 2011, and to extend the related deadlines accordingly.

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  09-21597-CIV-TORRES

KERNEL RECORDS OY,

      Plaintiff,

v.

TIMOTHY Z. MOSLEY p/k/a TIMBALAND;
UMG RECORDINGS, INC. d/b/a INTERSCOPE-
GEFFEN-A&M, d/b/a INTERSCOPE, d/b/a
GEFFEN, MOSLEY MUSIC GROUP, LLC;
UNIVERSAL MUSIC DISTRIBUTION; CORP.;
NELLY FURTADO; NELSTAR PUBLISHING, INC.;
EMI MUSIC PUBLISHING, INC.; EMI APRIL MUSIC.
INC.; VIRGINIA BEACH MUSIC; WB MUSIC CORP
And WARNER CHAPPELL MUSIC, INC.,

      Defendants.

_____/

**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME
TO SERVE DRAFT MOTION FOR ATTORNEY'S FEES
PURSUANT TO LOCAL RULE 7.3(b)**

Defendants, Timothy Z. Mosley p/k/a Timbaland, UMG Recordings, Inc., Mosley Music, LLC, Universal Music Group Distribution, Corp., Nelly Furtado, EMI April, Inc., EMI Blackwood, Inc., WB Music Corp. and Warner/Chappell Music, Inc. (collectively the "Defendants"), respectfully request this Court's entry of an order granting a two week enlargement of time for Defendants to serve their draft Motion for Attorney's Fees pursuant to Local Rule 7.3(b), and to extend all related deadlines for the same period, and in support thereof, Defendants state as follows:

CASE NO.  09-21597-CIV-TORRES

Respectfully submitted,

Pryor Cashman, LLP
*Attorneys for Nelly Furtado and EMI*
7 Times Square
New York, NY  10036
Telephone: (212) 241-4100
Email: WCharron@PRYORCASHMAN.com


By: /s/ William L. Charron
*Pro Hac Vice*



Jeffer Mangels Butler & Marmaro LLP
*Attorneys for the Warner Defendants,*
*the Mosley Defendants and the Universal Defendants*
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067
Telephone: (310) 785-5386

By: /s/Jeffrey D. Goldman
Jeffrey D. Goldman
*Pro Hac Vice*

GrayRobinson, P.A.
*Attorneys Mosley, Interscope and Universal*
1221 Brickell Avenue
Suite 1600
Miami, FL 33131
Telephone: (305) 416-6880
Facsimile:  (305) 416-6887
Email: kstetson@gray-robinson.com


By:  /s/ Karen L. Stetson
Karen L. Stetson
Florida Bar No. 742937

## **CERTIFICATE OF SERVICE**

 **I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished via U.S. District Electronic Filing system to:  **BRUCE A. CHRISTENSEN, ESQ., and ETHAN WALL, ESQ,** Richman Greer, P.A., Miami Center, Suite 1000, 201 South Biscayne Blvd., Miami, FL 33131 and to **CATHERINE H. MOLLOY, ESQ and RICHARD S. BUSCH, ESQ.,** King & Ballow, Union Street Plaza, 315 Union Street Suite 1100, Nashville, TN 37201 this 1st day of July, 2011.


By: /s/ Karen L. Stetson

3

# 507456 v1