UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-21597-CIV-TORRES

KERNEL RECORDS OY,

    Plaintiff,

v.

TIMOTHY Z. MOSLEY p/k/a TIMBALAND;
UMG RECORDINGS, INC. d/b/a INTERSCOPE-
GEFFEN-A&M, d/b/a INTERSCOPE, d/b/a
GEFFEN, MOSLEY MUSIC GROUP, LLC;
UNIVERSAL MUSIC DISTRIBUTION; CORP.;
NELLY FURTADO; NELSTAR PUBLISHING, INC.;
EMI MUSIC PUBLISHING, INC.; EMI APRIL MUSIC.
INC.; VIRGINIA BEACH MUSIC; WB MUSIC CORP
And WARNER CHAPPELL MUSIC, INC.,

    Defendants.

_____/

**ORDER BIFURCATING ISSUES OF ENTITLEMENT AND AMOUNT AS TO MOTION FOR ATTORNEY'S FEES AND MODIFYING PRE-FILING REQUIREMENTS**

This cause came before the Court upon Defendants' Motion To Bifurcate Motion For Attorney's Fees As To Entitlement and Amount and To Modify Pre-Filing Procedure, and the Court, having reviewed the pleadings herein and being otherwise fully advised in the premises, hereby

ORDERS AND ADJUDGES:

1. The issues of liability for fees and costs and the amounts thereof shall be bifurcated, such that the parties shall initially litigate entitlement only.

2. If entitlement is determined, the Court will consider the Defendants' request that the parties engage in mediation as to the amount of fees.

# 900487 v1

CASE NO.: 09-21597-CIV-TORRES

3. The requirement of Local Rule 7.3 for the service of a draft motion upon opposing counsel is dispensed with, with the understanding that counsel will otherwise abide by the duty to make a good faith effort to resolve the issue.***

DONE AND ORDERED in Miami, Florida this 14 day of January, 2013.

_____
UNITED STATES MAGISTRATE JUDGE

---

*** The suspension of Local Rule 7.3 shall extend to the entitlement issue only. If the Court finds that Defendants are entitled to any fees, the Court's Order may require a proper Rule 7.3 exchange and conference in determining the amount of any such award.

2

# 900487 v1