UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  09-21597-CIV-TORRES

KERNEL RECORDS OY,

     Plaintiff,

v.

TIMOTHY Z. MOSLEY p/k/a TIMBALAND;
UMG RECORDINGS, INC. d/b/a INTERSCOPE-
GEFFEN-A&M, d/b/a INTERSCOPE, d/b/a
GEFFEN, MOSLEY MUSIC GROUP, LLC;
UNIVERSAL MUSIC DISTRIBUTION; CORP.;
NELLY FURTADO; NELSTAR PUBLISHING, INC.;
EMI MUSIC PUBLISHING, INC.; EMI APRIL MUSIC.
INC.; VIRGINIA BEACH MUSIC; WB MUSIC CORP
and WARNER CHAPPELL MUSIC, INC.,

     Defendants.

_____/

**DECLARATION OF JEFFREY D. GOLDMAN IN SUPPORT OF DEFENDANTS'
MOTION FOR ATTORNEY'S FEES AND FULL COSTS**

     Pursuant to 28 U.S.C. §1746, I, Jeffrey D. Goldman, under penalty of perjury, declare as follows:

     1.     Since March 1, 2010, I have been a partner in the law firm of Jeffer Mangels Butler & Mitchell LLP ("JMBM").  JMBM represented WB Music Corp., Warner Chappell Music Inc., the Universal Defendants and Mosley in this matter.  I have personal knowledge concerning the attorney's fees and costs incurred by JMBM in connection with this action and submit this Declaration in support of Defendants' Verified Motion for Attorney's Fees and Costs (Amount), pursuant to 17 U.S.C. § 505.

     2.     I assigned, supervised and coordinated the work done by JMBM and supervised the review and preparation of JMBM's billing statements related to this matter.

1150117

3.      JMBM is a law firm of approximately 125 attorneys based in Los Angeles, California, with additional offices in San Francisco and Irvine, California.  A substantial part of my litigation practice involves intellectual property matters and the representation of clients in the entertainment industry, including the music industry.

4.      All of the fees sought in this matter represents work performed by myself, my associate Brian M. Yates and my former associate Joshua S. Hodas, Ph.D.  Our qualifications are summarized below.  Fess for work performed by any other timekeepers reflected on JMBM's invoices are not being sought herein.

5.      I graduated from the University of California, Hastings College of the Law in 1991, where I received a J.D. degree in 1991 and was an Editor of the Hastings Law Journal.  I have been a member of the Bar of the State of California and the United States District Court for the Central District of California since that time.  I have nearly two decades of experience litigating music industry cases and have participated in the successful litigation of numerous cases involving copyright, other intellectual property rights, and the music industry in the state and federal courts both within the State of California, within the Eleventh Circuit, in the Southern District of Florida, and elsewhere.  These cases include *Hermosilla v. Coca-Cola Co.*, 446 Fed. Appx. 201 (11th Cir. 2011); *Lil' Joe Wein Music, Inc. v. Jackson*, 245 Fed. Appx. 873 (11th Cir. 2007); (NO. 06-16342); *U.S. v. Moghadam*, 175 F.3d 1269 (11th Cir. 1999) (*amicus curiae*);  *UMG Recordings, Inc. v. BCD Music Group, Inc.*, 509 Fed. Appx. 661 (9th Cir. 2013); *Lahiri v. Universal Music & Video Distribution Corp.*, 606 F.3d 1216 (9th Cir. 2010); *Perfect 10, Inc. v. Amazon.com, Inc.*, 508 F.3d 1146 (9th Cir. 2007); *Bridgeport Music, Inc. v. Rhyme Syndicate Music*, 376 F.3d 615 (6th Cir. 2004); *A&M Records, Inc. v. Napster, Inc.*, 239 F.3d 204 (9th Cir. 2000); *Mattel, Inc. v. MCA Records, Inc.*, 296 F.3d 894 (9th Cir. 2002); *Agee v. Paramount Pictures*, 59 F.3d 317 (2d. Cir. 1995); *Jackson v. Axton*, 25 F.3d 884 (9th Cir. 1994); *UMG Recordings, Inc. v. Sinnott*, 300 F. Supp. 2d 993 (E.D. Cal. 2004); *Williams v. UMG Recordings, Inc.*, 281 F. Supp. 2d 1177 (C.D. Cal. 2003); *Mappa Music Co. v. Universal-Polygram International Publishing, Inc.*, 62 U.S.P.Q.2d 1582 (C.D. Cal. 2001); *Fierberg v. Hyundai Motor America*, 44 U.S.P.Q.2d 1305 (C.D. Cal. 1997); and *UMG Recordings, Inc. v. Disco Azteca Distributors, Inc.*, 446 F. Supp. 2d 1164 (E.D. Cal. 2006).

1150117

6.      In 2010, my hourly rate for this matter was $525.00, which was a discount from the hourly rates charged during the same time period in other matters (ranging from $540.00 to $600.00) and which I believe is consistent with, if not lower than, the prevailing hourly rate in Los Angeles for attorneys with comparable experience.  In 2013, my hourly rate for this matter is $615.00, which is a discount from the hourly rates charged during the same time period in other matters (ranging up to $685.00) and which I believe is consistent with, if not lower than, the prevailing hourly rate in Los Angeles for attorneys with comparable experience.

7.      Mr. Yates is a 2005 graduate of Yale Law School.  He is an associate at the firm and is experienced in entertainment and intellectual property litigation.  In 2010, his hourly rate for this matter was $345.00.  To my knowledge, this rate was consistent with, if not lower than, the prevailing hourly rate in Los Angeles in 2010 for attorneys with comparable skills and experience.

8.      Mr. Hodas is a 2006 graduate of UCLA School of Law.  In 2010, he was an associate at the firm and experienced in intellectual property litigation.  In addition, prior to entering law school, Mr. Hodas was a tenured Professor of Computer Science at Harvey Mudd College and had obtained a Ph.D. and Masters of Science in Engineering from the University of Pennsylvania, experience that was uniquely valuable in this action involving a claim of copyright infringement arising from computer-programmed music.  In 2010, his hourly rate for this matter was $335.00.  To my knowledge, this rate was consistent with, if not lower than, the prevailing hourly rate in Los Angeles in 2010 for attorneys with comparable skills and experience.

9.      I believe the hourly rates JMBM charged in connection with this action are customary and reasonable in Los Angeles.   As set forth in Defendants Verified Motion for Attorney's Fees and Costs (Amount), the hourly rates actually billed to the client by JMBM have been adjusted downward for purposes of this fee application to reflect customary and reasonable rates in the Miami market at the relevant time (pursuant to the Court's instructions in the Order of July 16, 2013).  The time expended on this matter was necessary and reasonable.  Time was tracked on a contemporaneous basis and invoices were submitted to our clients in accordance with their instructions.  These invoices, describing the tasks performed, are attached hereto as

3

1150117

Composite Exhibit A.

The following fees were incurred and are being sought at the following reduced hourly rates:

| | | |
|---|---|---|
| Jeffrey Goldman, 153.9 hours @ $435/hour = | | $66,946.50 |
| Joshua Hodas, 83.7 hours @ $285/hour = | | $23,854.50 |
| Brian Yates, 24.9 hours @ $295/hour = | | $7,345.50 |
| | **TOTAL** | **$98,146.50** |

10.     I have personally reviewed my firm's invoices related to work performed on this matter in 2010.  I have personally identified entries that I deem noncompensable or partially noncompensable pursuant to this Court's instructions in its Order dated July 16, 2013 (the "Nonconmpensable Fees").  *See* Composite Ex. A hereto.  I have *excluded* the Noncompensable Fees from the fees sought herein, as follows:

| | |
|---|---|
| Jeffrey D. Goldman: | 82.7 hours |
| Brian M. Yates: | 1.8 hours |
| Joshua M. Hodas: | 54.0 hours |

11.     Additionally, costs necessarily incurred in the defense of this action and which are typically charged to a client in the course of providing legal services are accurately set forth in the invoices attached hereto as Composite Exhibit A and as summarized in Defendants' Verified Motion for Attorney's Fees and Costs (Amount).

I declare this 5th day of November, 2013 that the foregoing is true and correct.


/s/Jeffrey D. Goldman_____
Jeffrey D. Goldman

4

1150117

# COMPOSITE EXHIBIT
# TO
# DECLARATION OF
# JEFFREY D. GOLDMAN



**JMBM** | Jeffer Mangels
Butler & Marmaro LLP

LOS ANGELES
SAN FRANCISCO
ORANGE COUNTY

A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
**ATTORNEYS AT LAW**
SEVENTH FLOOR
1900 AVENUE OF THE STARS
LOS ANGELES, CALIFORNIA 90067-4308
TELEPHONE: (310) 203-8080
FACSIMILE: (310) 203-0567

Timothy Mosley



April 20, 2010
Invoice 1476671



Page 2

PLEASE INDICATE INVOICE AND MATTER # WITH REMITTANCE

---

Our Matter # **70993-0001**                          For Services Through March 31, 2010

**Kernel Records Oy**

| Date | Description | | |
|------|-------------|---|---|
| 03/01/10 | Meetings with D. Schmidt, E. Savage, J. Galleon and telephone conference with R. Busch's office re same | | |
| | Jeff Goldman                    6.40 hrs.  525.00/hr | $ | 3,360.00 |
| 03/02/10 | Defend deposition of E. Savage and conferences with D. Schmidt, E. Savage re same; telephone conference and emails with K. Stetson re same, strategy | | |
| | Jeff Goldman                    6.60 hrs.  525.00/hr | | 3,465.00 |
| 03/03/10 | Meeting with D. Schmidt, J. Gallien re deposition and emails and telephone conference with R. Busch, T. Motzny re same; email to K. Stetson re same; review and revise Warner defendants' motion to dismiss and to strike, telephone conference with K. Stetson's office re same, and emails with K. Stetson re same; emails with T. Motzny re deposition exhibits | | |
| | Jeff Goldman                    3.00 hrs.  525.00/hr | | 1,575.00 |



# JMBM | Jeffer Mangels Butler & Marmaro LLP

A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
**ATTORNEYS AT LAW**
SEVENTH FLOOR
1900 AVENUE OF THE STARS
LOS ANGELES, CALIFORNIA 90067-4308
TELEPHONE: (310) 203-8080
FACSIMILE: (310) 203-0567

LOS ANGELES
SAN FRANCISCO
ORANGE COUNTY

Timothy Mosley



April 20, 2010
Invoice 1476671

Page 3

PLEASE INDICATE INVOICE AND MATTER # WITH REMITTANCE

---

| Date | Description | | |
|---|---|---|---|
| 03/04/10 | Telephone conference with S. Palern (Warner) re motion to dismiss and to strike, request for continuance, strategy; emails with K. Stetson re protective order, Universal documents; emails with K. Stetson re Supreme Court decision on subject matter jurisdiction and review same; telephone conference with K. Stetson re motion to dismiss and to strike, pro hac vice applications; telephone conference and emails with K. Stetson re N. Furtado deposition preparation; preparation of profit and loss documents for production and emails to R. Busch, D. Schmidt re same, J. Galleon deposition; emails with D. Schmidt re N. Furtado deposition | | |
| | Jeff Goldman | 1.70 hrs. 525.00/hr | 892.50 |
| 03/05/10 | Conference with J. Goldman re musical arrangements; legal research re same. | | (-0.5) |
| | Brian Yates | 1.00 hrs. 345.00/hr | 345.00 |
| 03/05/10 | Emails with K. Stetson re L. Ferrara expert report, legal research on copyrightability of musical arrangements; telephone conference with B. Yates re background, legal research on copyrightability of musical arrangements and legal research re same; email to K. Stetson re same; emails with R. Busch, T. Motzny re conference call concerning scheduling; telephone conference with D. Schmidt re consent to magistrate and emails with K. Stetson re same; telephone conference with D. Schmidt re J. Galleon, S. Berman depositions | | (-0.5) |
| | Jeff Goldman | 1.50 hrs. 525.00/hr | 787.50 |
| 03/06/10 | Legal research re musical arrangements | | |
| | Brian Yates | 2.60 hrs. 345.00/hr | 897.00 |
| | | | (-1.3) |

# JMBM | Jeffer Mangels Butler & Marmaro LLP

A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

**ATTORNEYS AT LAW**

SEVENTH FLOOR

1900 AVENUE OF THE STARS

LOS ANGELES, CALIFORNIA 90067-4308

TELEPHONE: (310) 203-8080

FACSIMILE: (310) 203-0567

LOS ANGELES
SAN FRANCISCO
ORANGE COUNTY

Timothy Mosley



April 20, 2010

Invoice 1476671

Page 4

PLEASE INDICATE INVOICE AND MATTER # WITH REMITTANCE

---

| Date | Description | | |
|---|---|---|---|
| 03/06/10 | Emails to K. Stetson, S. Palerm, K. Burnett, and D. Schmidt re stipulation to magistrate judge and telephone conference with D. Schmidt re same; telephone conference with K. Stetson re strategy, lack of license defense; legal research and analysis and emails with K. Stetson, B. Yates re lack of license defense | | (-0.8) |
| | Jeff Goldman | 1.60 hrs. 525.00/hr | 840.00 |
| 03/07/10 | Telephone conferences and emails with K. Stetson re stipulation to magistrate judge, scheduling, strategy, license defense; legal research re license defense | | (-0.6) |
| | Jeff Goldman | 1.20 hrs. 525.00/hr | 630.00 |
| 03/08/10 | Emails with R. Busch, T. Motzny, D. Schmidt re Universal depositions; email to and telephone conference with D. Schmidt re same; emails with K. Stetson re license defense, standing defense; emails and telephone conference with K. Stetson re L. Ferrara supplemental report, consent to magistrate judge, scheduling; preparation of proposed stipulation to amend scheduling order and email to K. Stetson re same | | (-0.7) |
| | Jeff Goldman | 1.40 hrs. 525.00/hr | 735.00 |
| 03/09/10 | Telephone conference with K. Stetson re scheduling order, consent to magistrate judge; telephone conference with all counsel re same; emails and telephone conference with K. Stetson re same, license argument; emails with T. Motzny, D. Schmidt re J. Gallien deposition and prepare for same | | |
| | Jeff Goldman | 1.20 hrs. 525.00/hr | 630.00 |

# JMBM | Jeffer Mangels Butler & Marmaro LLP

A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
**ATTORNEYS AT LAW**
SEVENTH FLOOR
1900 AVENUE OF THE STARS
LOS ANGELES, CALIFORNIA 90067-4308
TELEPHONE: (310) 203-8080
FACSIMILE: (310) 203-0567

LOS ANGELES
SAN FRANCISCO
ORANGE COUNTY

Timothy Mosley



April 20, 2010
Invoice 1476671

Page 5

PLEASE INDICATE INVOICE AND MATTER # WITH REMITTANCE

| Date | Description | | | |
|---|---|---|---|---|
| 03/10/10 | Legal research re joint authorship and emails to K. Stetson re same; emails with K. Stetson, W. Charron re scheduling and telephone conferences with K. Stetson, A. Thomas re same; emails with T. Motzny re J. Galleon deposition; defend J. Galleon deposition; emails with K. Stetson re deposition notices; telephone conference wit K. Stetson re J. Galleon deposition, scheduling, strategy | | | (-1.0) |
| | Jeff Goldman | 6.90 hrs. | 525.00/hr | 3,622.50 |
| 03/11/10 | Emails with S. Palerm, K. Burnett, K. Stetson re initial disclosures; telephone conference with S. Palerm, K. Burnett re same; draft same; telephone conference with R. Busch, W. Charron, K. Stetson re scheduling and revise scheduling order; legal research re derivative works and emails with K. Stetson re same; emails with S. Palerm, K. Burnett, F. Fattori (Warner) re document requests and requests for admission and review same; review third set of requests for admission to Timbaland; legal research re joint works and email to K. Stetson re same | | | (-1.0) |
| | Jeff Goldman | 2.70 hrs. | 525.00/hr | 1,417.50 |
| 03/12/10 | Telephone conferences with R. Busch, K. Stetson re dismissal of Warner defendants; email to S. Palerm, K. Burnett re same; emails with court reporter, K. Stetson re E. Savage deposition transcript; telephone conference with K. Stetson re scheduling, willfulness, damages analysis; emails with K. Stetson, T. Motzny, W. Charron re consent to magistrate and modification of scheduling order | | | |
| | Jeff Goldman | 1.10 hrs. | 525.00/hr | 577.50 |
| 03/14/10 | Review email from K. Stetson re co-authorship argument | | | (-0.1) |
| | Jeff Goldman | 0.20 hrs. | 525.00/hr | 105.00 |

# JMBM | Jeffer Mangels Butler & Marmaro LLP

LOS ANGELES
SAN FRANCISCO
ORANGE COUNTY

A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
**ATTORNEYS AT LAW**
SEVENTH FLOOR
1900 AVENUE OF THE STARS
LOS ANGELES, CALIFORNIA 90067-4308
TELEPHONE: (310) 203-8080
FACSIMILE: (310) 203-0567

Timothy Mosley



April 20, 2010
Invoice 1476671

Page 6

PLEASE INDICATE INVOICE AND MATTER # WITH REMITTANCE

| | | | |
|---|---|---|---|
| 03/15/10 | Telephone conference with K. Stetson re co-authorship argument, scheduling, strategy; emails with K. Stetson, R. Busch re deposition scheduling; review document requests to Warner defendants and telephone conference with S. Palerm, K. Burnett re same; emails with R. Busch, T. Motzny, D. Schmidt re S. Berman deposition; review Gallefoss deposition | | *(- 0.2)* |
| | Jeff Goldman | 1.40 hrs. 525.00/hr | 735.00 |
| 03/16/10 | Emails with K. Burnett re Warner documents; conference and emails with paralegal re same; emails with K. Stetson re Kernel's motion to stay Finnish action; emails with D. Schmidt, R. Busch, K. Stetson re S. Berman deposition; legal research re retroactive licenses and emails with K. Stetson re same; telephone conferences with K. Stetson, A. Thomas re deposition schedule | | *(- 0.4)* |
| | Jeff Goldman | 1.40 hrs. 525.00/hr | 735.00 |
| 03/17/10 | Review Gallefoss deposition and emails with K. Stetson re same | | |
| | Jeff Goldman | 0.90 hrs. 525.00/hr | 472.50 |
| 03/18/10 | Conference with J. Hodas re background; emails and telephone conference with K. Stetson re strategy; review plaintiffs' document requests re other licenses and emails to clients re same; draft initial disclosures for Warner defendants and email to K. Stetson re same; telephone conference with D. Schmidt re S. Berman deposition and email to R. Busch, T. Motzny re same | | |
| | Jeff Goldman | 1.50 hrs. 525.00/hr | 787.50 |
| 03/18/10 | Conference with J. Goldman regarding copyright claims; research re SID chip and file format and copyright issues. | | |
| | Joshua Hodas | 1.50 hrs. 335.00/hr | 502.50 |

*(- .08)*



# JMBM | Jeffer Mangels Butler & Marmaro LLP

A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
**ATTORNEYS AT LAW**
SEVENTH FLOOR
1900 AVENUE OF THE STARS
LOS ANGELES, CALIFORNIA 90067-4308
TELEPHONE: (310) 203-8080
FACSIMILE: (310) 203-0567

LOS ANGELES
SAN FRANCISCO
ORANGE COUNTY

Timothy Mosley

April 20, 2010
Invoice 1476671

Page 7

PLEASE INDICATE INVOICE AND MATTER # WITH REMITTANCE

---

| Date | Description | | |
|---|---|---|---|
| 03/19/10 | Emails with K. Stetson re Warner defendants' initial disclosures, plaintiffs' requests for other licenses, depositions; emails with R. Busch, D. Schmidt re S. Berman deposition; review Gallefoss deposition and emails with K. Stetson re same | | |
| | Jeff Goldman | 1.10 hrs. 525.00/hr | 577.50 |
| 03/22/10 | Research regarding SID files and copyright issues; research regarding High Voltage SID file repository copyright notices; conference with J. Goldman to copyright issues, SID files; emails with K. Stetson regarding same | | $(-1.0)$ |
| | Joshua Hodas | 2.10 hrs. 335.00/hr | 703.50 |
| 03/23/10 | Review and revise Warner Defendants' initial disclosures and emails with K. Stetson re same; telephone conference with K. Stetson re L. Ferrara composition report, attention to same, and email to K. Stetson re same; emails with J. Hodas re functionality defense and telephone conference with K. Stetson re same; legal research re originality requirement for derivative works and email to K. Stetson re same; emails with K. Stetson re deposition scheduling | | $(-1.3)$ |
| | Jeff Goldman | 2.30 hrs. 525.00/hr | 1,207.50 |
| 03/23/10 | Review Warner emails for document production; review Gallefoss deposition transcript; review Geluso expert report | | |
| | Joshua Hodas | 3.30 hrs. 335.00/hr | 1,105.50 |
| | | | $(-.05)$ |

# JMBM | Jeffer Mangels Butler & Marmaro LLP

A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

**ATTORNEYS AT LAW**

SEVENTH FLOOR

1900 AVENUE OF THE STARS

LOS ANGELES, CALIFORNIA 90067-4308

TELEPHONE: (310) 203-8080

FACSIMILE: (310) 203-0567

LOS ANGELES
SAN FRANCISCO
ORANGE COUNTY

Timothy Mosley



April 20, 2010
Invoice 1476671

Page 8

PLEASE INDICATE INVOICE AND MATTER # WITH REMITTANCE

| Date | Description | | |
|---|---|---|---|
| 03/24/10 | Review and revise Warner Defendants' initial disclosures and email to counsel re same; emails with R. Busch, T. Motzny re S. Berman deposition; conference with J. Hodas re SID files, preparation for Gallefoss deposition; review proposed protective order and emails with S. Palerm, K. Burnett, K. Stetson re same; emails with K. Stetson re L. Ferrara report | | (-0.2) |
| | Jeff Goldman | 1.00 hrs. 525.00/hr | 525.00 |
| 03/24/10 | Review C. Meyer expert report. | | (-0.2) |
| | Joshua Hodas | 0.30 hrs. 335.00/hr | 100.50 |
| 03/25/10 | Review draft reply in support of motion to strike and emails with K. Stetson re same; emails with counsel re S. Berman deposition and telephone conference with D. Schmidt re same; emails with S. Palerm, K. Stetson re protective order and telephone conferences with D. Schmidt re same; telephone conference and emails with K. Stetson re deposition scheduling; conferences with J. Hodas re SID files and call with C. Meyer re same; telephone conference with C. Meyer re deposition | | (-0.5) |
| | Jeff Goldman | 1.00 hrs. 525.00/hr | 525.00 |
| 03/25/10 | Review rebuttal expert report; conference with J. Goldman regarding preparation for Gallefoss deposition | | (-0.3) |
| | Joshua Hodas | 0.50 hrs. 335.00/hr | (-0.3) 167.50 |
| 03/26/10 | Telephone conference with K. Stetson re depositions and emails to R. Busch, D. Schmidt re same. | | |
| | Jeff Goldman | 0.20 hrs. 525.00/hr | 105.00 |

# JMBM | Jeffer Mangels Butler & Marmaro LLP

A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
**ATTORNEYS AT LAW**
SEVENTH FLOOR
1900 AVENUE OF THE STARS
LOS ANGELES, CALIFORNIA 90067-4308
TELEPHONE: (310) 203-8080
FACSIMILE: (310) 203-0567

LOS ANGELES
SAN FRANCISCO
ORANGE COUNTY

Timothy Mosley



April 20, 2010
Invoice 1476671

Page 9

PLEASE INDICATE INVOICE AND MATTER # WITH REMITTANCE

| Date | Description | | Amount |
|---|---|---|---|
| 03/29/10 | Attention to L. Ferrara expert report and emails with K. Stetson re same; draft Warner Defendants' response and objections to document requests and requests for admission | (-0.4) | |
| | Jeff Goldman | 0.90 hrs.  525.00/hr | 472.50 |
| 03/30/10 | Telephone conference with K. Stetson re protective order, Timbaland deposition, L. Ferrara report; emails with T. Motzny, D. Schmidt re depositions; attention to L. Ferrara report and provide comments re same; draft responses and objections to document requests and requests for admission and emails and telephone conference with K. Stetson re same | (-1.0) | |
| | Jeff Goldman | 2.60 hrs.  525.00/hr | 1,365.00 |
| 03/31/10 | Research on copyright issues related to piano rolls; telephone conference with K. Stetson re same | (-0.2) | |
| | Joshua Hodas | 0.40 hrs.  335.00/hr | 134.00 |
| 03/31/10 | Emails with counsel re depositions; emails with K. Stetson, K. Burnett re Warner's responses to document requests and requests for admissions | | |
| | Jeff Goldman | 0.30 hrs.  525.00/hr | 157.50 |

Total Fees for Professional Services for this Matter for this Invoice .............. $    30,258.00

## Chargeable Costs

| Date | Description | | Amount |
|---|---|---|---|
| 03/22/10 | Certified Copy of Transcript of Jason Gallien taken 3/10/10 | $ | 672.25 |
| | Document Reproduction | | 28.75 |
| | Overnight Delivery | | 163.81 |

# JMBM | Jeffer Mangels
# Butler & Marmaro LLP

A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
**ATTORNEYS AT LAW**
SEVENTH FLOOR
1900 AVENUE OF THE STARS
LOS ANGELES, CALIFORNIA 90067-4308
TELEPHONE: (310) 203-8080
FACSIMILE: (310) 203-0567

LOS ANGELES
SAN FRANCISCO
ORANGE COUNTY

Timothy Mosley



May 21, 2010
Invoice 1478846

Page 2

PLEASE INDICATE INVOICE AND MATTER # WITH REMITTANCE

---

Our Matter #  **70993-0001**                        For Services Through April 30, 2010
              **Kernel Records Oy**

| Date | Description | | | |
|------|-------------|---|---|---|
| 04/01/10 | Emails with K. Stetson re deposition schedule | | | |
| | Jeff Goldman | 0.10 hrs.  525.00/hr | $ | 52.50 |
| 04/02/10 | Conferences with J. Hodas re Warner's responses to document requests, review of Warner documents for production; review and revise Warner's responses to document requests and email and telephone conferences with J. Hodas re same; email to K. Burnett, S. Palerm re same; telephone conference with K. Stetson re status, strategy; draft deposition notice for Gallefoss, emails with K. Stetson re same, and telephone conference with P. Kirkpatrick (Nashville counsel) re same | | | |
| | Jeff Goldman | 1.40 hrs.  525.00/hr | | 735.00 |
| 04/02/10 | Draft Warner discovery responses and summary email to Warner review of Warner documents for production | | | |
| | Joshua Hodas | 3.40 hrs.  335.00/hr | | 1,139.00 |
| 04/05/10 | Email and conference with J. Hodas re preparation for Gallefoss deposition, review of Warner documents; preparation and service of Warner's responses to document requests; telephone conference with K. Stetson re depositions and strategy | | | |
| | Jeff Goldman | 0.80 hrs.  525.00/hr | | 420.00 |



# JMBM | Jeffer Mangels Butler & Marmaro LLP

LOS ANGELES
SAN FRANCISCO
ORANGE COUNTY

A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
ATTORNEYS AT LAW
SEVENTH FLOOR
1900 AVENUE OF THE STARS
LOS ANGELES, CALIFORNIA 90067-4308
TELEPHONE: (310) 203-8080
FACSIMILE: (310) 203-0567

Timothy Mosley



May 21, 2010
Invoice 1478846

Page 3

PLEASE INDICATE INVOICE AND MATTER # WITH REMITTANCE

| | | | |
|---|---|---|---|
| 04/05/10 | Draft document requests to plaintiff re source code for music files and related software; email and phone calls with co-counsel regarding draft document requests to Gallefoss; conference with J. Goldman regarding Gallefoss deposition and Warner document production | | |
| | Joshua Hodas | 2.00 hrs. 335.00/hr | 670.00 |
| 04/06/10 | Emails with K. Stetson, plaintiffs' counsel re T. Mosley deposition; telephone conference with K. Stetson re same; emails with T. Motzny, J. Hodas re production of Warner documents | | |
| | Jeff Goldman | 0.90 hrs. 525.00/hr | 472.50 |
| 04/06/10 | Privilege review of client documents for production; coordination with paralegals and technical staff re production | | |
| | Joshua Hodas | 1.30 hrs. 335.00/hr | 435.50 |
| 04/07/10 | Review and redact Warner documents containing references to songs other than "Do It" | | |
| | Karen Gutierrez | 2.30 hrs. 270.00/hr | 621.00 |
| 04/07/10 | Emails with J. Hodas re production of Warner documents; attend T. Mosley deposition and conferences with T. Mosley, K. Stetson, J. Gaines re same | | |
| | Jeff Goldman | 6.60 hrs. 525.00/hr | 3,465.00 |
| 04/07/10 | Review of client documents for redaction and conference with paralegal re same; review paralegal's document redactions; review musicologist report and documents showing contents of SID file and Sidstation manual; final preparation of documents for production | | (-0.7) |
| | Joshua Hodas | 1.70 hrs. 335.00/hr | 569.50 |



# JMBM | Jeffer Mangels Butler & Marmaro LLP

LOS ANGELES
SAN FRANCISCO
ORANGE COUNTY

A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
ATTORNEYS AT LAW
SEVENTH FLOOR
1900 AVENUE OF THE STARS
LOS ANGELES, CALIFORNIA 90067-4308
TELEPHONE: (310) 203-8080
FACSIMILE: (310) 203-0567

Timothy Mosley



May 21, 2010
Invoice 1478846

Page 4

PLEASE INDICATE INVOICE AND MATTER # WITH REMITTANCE

| Date | Description | Hours/Rate | Amount |
|------|-------------|------------|--------|
| 04/07/10 | Assist with attorney document review<br>Christopher Piccirillo | 0.80 hrs. 180.00/hr | 144.00 |
| 04/08/10 | Emails with J. Hodas re production of Warner documents<br>Jeff Goldman | 0.20 hrs. 525.00/hr | 105.00 |
| 04/08/10 | Review Warner CDs for production; emails with J. Goldman re same<br>Joshua Hodas | 0.70 hrs. 335.00/hr | 234.50 |
| 04/09/10 | Telephone conferences with K. Stetson re depositions; draft deposition notice for M. Rubel and serve same; review Warner document production and conference with J. Hodas re same; legal research re derivative works, sound recordings and conferences with J. Hodas re same (-0.7)<br>Jeff Goldman | 1.70 hrs. 525.00/hr | 892.50 |
| 04/09/10 | Prepare documents for production; modify redactions of documents; research copyright issues re piano rolls and ringtones and conference with J. Goldman re same (-1.6)<br>Joshua Hodas | 2.60 hrs. 335.00/hr | 871.00 |
| 04/09/10 | Organize and prepare documents for production<br>Christopher Piccirillo | 0.80 hrs. 180.00/hr | 144.00 |
| 04/11/10 | Emails with K. Stetson re N. Furtado discovery dispute; legal research re copyrightability of computer programs and emails to K. Stetson, J. Hodas re same; review Copyright Office ruling re ringtones and emails with K. Stetson re same (-2.5)<br>Jeff Goldman | 2.90 hrs. 525.00/hr | 1,522.50 |

# JMBM | Jeffer Mangels Butler & Marmaro LLP

A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

**ATTORNEYS AT LAW**

SEVENTH FLOOR

1900 AVENUE OF THE STARS

LOS ANGELES, CALIFORNIA 90067-4308

TELEPHONE: (310) 203-8080

FACSIMILE: (310) 203-0567

LOS ANGELES
SAN FRANCISCO
ORANGE COUNTY

Timothy Mosley



May 21, 2010
Invoice 1478846

Page 5

PLEASE INDICATE INVOICE AND MATTER # WITH REMITTANCE

---

| | | | |
|---|---|---|---|
| 04/12/10 | Legal research regarding relationship between software, audiovisual works and sound recordings; email with J. Goldman and K. Stetson re same | | (-1.5) |
| | Joshua Hodas | 2.90 hrs. 335.00/hr | 971.50 |
| 04/12/10 | Telephone conferences with K. Stetson re depositions, strategy; conferences with J. Hodas re summary judgment argument on SID files as sound recordings; legal research re same; telephone conference and voicemails with A. Thomas re deposition | | (-1.8) |
| | Jeff Goldman | 2.10 hrs. 525.00/hr | 1,102.50 |
| 04/13/10 | Organize expert reports and prepare binder for expert depositions | | |
| | Karen Gutierrez | 0.70 hrs. 270.00/hr | 189.00 |
| 04/13/10 | Emails with counsel re deposition scheduling and telephone conferences with K. Stetson re same; conferences with J. Hodas and telephone conference with K. Stetson re summary judgment motion; emails and telephone conference with K. Stetson re responses to requests for admission and review and analyze same; prepare deposition notices for Gallefoss, Einhorn, Rubel | | (-0.7) |
| | Jeff Goldman | 1.70 hrs. 525.00/hr | 892.50 |
| 04/13/10 | Email with K. Stetson re legal relationship between SID files and "software;" legal research re copyright issues; email and discussions with J. Goldman and K. Stetson re same | | |
| | Joshua Hodas | 7.70 hrs. 335.00/hr | 2,579.50 |

(-3.9)

# JMBM | Jeffer Mangels Butler & Marmaro LLP

A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
**ATTORNEYS AT LAW**
SEVENTH FLOOR
1900 AVENUE OF THE STARS
LOS ANGELES, CALIFORNIA 90067-4308
TELEPHONE: (310) 203-8080
FACSIMILE: (310) 203-0567

LOS ANGELES
SAN FRANCISCO
ORANGE COUNTY

Timothy Mosley



May 21, 2010
Invoice 1478846

Page 6

PLEASE INDICATE INVOICE AND MATTER # WITH REMITTANCE

| Date | Description | | |
|---|---|---|---|
| 04/14/10 | Telephone conference with A. Thomas's office and voicemail with A. Thomas re deposition; emails with T. Motzny re deposition scheduling and telephone conferences with K. Stetson re same, summary judgment motion; revise Gallefoss and Rubel deposition notices, draft letter to plaintiffs' counsel re same, legal research re same, emails with K. Stetson, T. Motzny re same, and revise same | | (-0.4) |
| | Jeff Goldman | 2.10 hrs. 525.00/hr | 1,102.50 |
| 04/15/10 | Review and organize expert reports for missing exhibits; organize and prepare binder of expert reports for expert depositions | | (-0.5) |
| | Karen Gutierrez | 0.90 hrs. 270.00/hr | 243.00 |
| 04/15/10 | Emails with T. Motzny, K. Stetson re deposition scheduling and telephone conference with K. Stetson re same; emails with paralegal re expert reports, preparation for expert depositions; legal research re standing and email and telephone conference with K. Stetson re same; telephone conference with C. Meyer re deposition and emails with K. Stetson, plaintiffs' counsel re same | | (-0.8) |
| | Jeff Goldman | 1.20 hrs. 525.00/hr | 630.00 |
| 04/16/10 | Review expert reports; organize and prepare binder of expert reports for expert depositions | | (-1.2) |
| | Karen Gutierrez | 2.30 hrs. 270.00/hr | 621.00 |
| 04/16/10 | Telephone conference with K. Stetson re depositions; prepare for depositions of C. Meyer and T. Hutchison and conferences with paralegal re same; telephone conference with C. Meyer re same; email to C. Meyer re same and conference with paralegal re production of documents for C. Meyer deposition | | (-.7) |
| | Jeff Goldman | 1.40 hrs. 525.00/hr | 735.00 |

# JMBM | Jeffer Mangels
# | Butler & Marmaro LLP

A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
**ATTORNEYS AT LAW**
SEVENTH FLOOR
1900 AVENUE OF THE STARS
LOS ANGELES, CALIFORNIA 90067-4308
TELEPHONE: (310) 203-8080
FACSIMILE: (310) 203-0567

LOS ANGELES
SAN FRANCISCO
ORANGE COUNTY

Timothy Mosley



May 21, 2010
Invoice 1478846

Page 7

PLEASE INDICATE INVOICE AND MATTER # WITH REMITTANCE

| Date | Description | | | |
|------|-------------|---|---|---|
| 04/19/10 | Review expert reports; organize and prepare binder of expert reports for expert depositions; organize and prepare documents for deposition; review supporting documents from C. Meyer pertaining to expert deposition | | | ( -1.9 ) |
| | Karen Gutierrez | 3.80 hrs. 270.00/hr | | 1,026.00 |
| 04/19/10 | Attention to L. Ferrara rebuttal report and emails with K. Stetson re same; draft response to "first" set of document requests to all defendants; emails with R. Busch, T. Motzny, K. Stetson re expert depositions and telephone conferences with C. Meyer re same; legal research re summary judgment motion and draft same; conference with J. Hodas re summary judgment motion | | | ( - 2.7 ) |
| | Jeff Goldman | 3.70 hrs. 525.00/hr | | 1,942.50 |
| 04/19/10 | Assist with attorney document review | | | |
| | Christopher Piccirillo | 0.60 hrs. 180.00/hr | | 108.00 |
| 04/20/10 | Emails with T. Motzny, K. Stetson re depositions; telephone call to A. Thomas' office re same; emails with K. Stetson re same; legal research re summary judgment motion, draft same, and conference with J. Hodas re same; telephone conferences with C. Meyer, K. Stetson re C. Meyer deposition; review court orders re trial, discovery, conferences with K. Stetson and J. Hodas re same, and review and revise responses to first set of document requests to all defendants; email to P. Kirkpatrick re T. Hutchison deposition | | | ( -1.7 ) |
| | Jeff Goldman | 2.70 hrs. 525.00/hr | | 1,417.50 |
| 04/20/10 | Conference with J. Goldman re magistrate's discovery order Goldman; review revised discovery responses | | | |
| | Joshua Hodas | 0.40 hrs. 335.00/hr | | 134.00 |

# JMBM | Jeffer Mangels Butler & Marmaro LLP

A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
**ATTORNEYS AT LAW**
SEVENTH FLOOR
1900 AVENUE OF THE STARS
LOS ANGELES, CALIFORNIA 90067-4308
TELEPHONE: (310) 203-8080
FACSIMILE: (310) 203-0567

LOS ANGELES
SAN FRANCISCO
ORANGE COUNTY

Timothy Mosley



May 21, 2010
Invoice 1478846

Page 8

PLEASE INDICATE INVOICE AND MATTER # WITH REMITTANCE

---

| 04/21/10 | Travel to Nashville and prepare for depositions of C. Meyer, T. Hutchison; meeting with C. Meyer re deposition; telephone conferences with K. Stetson re same | (-3.9) |
| | Jeff Goldman 7.70 hrs. 525.00/hr | 4,042.50 |
| 04/22/10 | Meeting with C. Meyer and defend C. Meyer deposition; telephone conference with K. Stetson re same; prepare for T. Hutchison deposition; emails with T. Motzny re same | (-2.9) |
| | Jeff Goldman 5.80 hrs. 525.00/hr | 3,045.00 |
| 04/22/10 | Legal research re summary judgment motion | (-1.9) |
| | Joshua Hodas 3.70 hrs. 335.00/hr | 1,239.50 |
| 04/23/10 | Emails and telephone conferences with K. Stetson re summary judgment motion, deposition scheduling; prepare for and take T. Hutchison deposition, telephone conferences with K. Stetson re same, travel from Nashville to Los Angeles and draft summary judgment motion | (-6.0) |
| | Jeff Goldman 11.60 hrs. 525.00/hr | 6,090.00 |
| 04/23/10 | Research sound recording issues for summary judgment motion | (-2.5) |
| | Joshua Hodas 4.70 hrs. 335.00/hr | 1,574.50 |
| 04/25/10 | Draft summary judgment motion and emails with K. Stetson regarding same, A. Stewart deposition | (-0.6) |
| | Jeff Goldman 1.10 hrs. 525.00/hr | 577.50 |

# JMBM | Jeffer Mangels Butler & Marmaro LLP

A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

**ATTORNEYS AT LAW**

SEVENTH FLOOR

1900 AVENUE OF THE STARS

LOS ANGELES, CALIFORNIA 90067-4308

TELEPHONE: (310) 203-8080

FACSIMILE: (310) 203-0567

LOS ANGELES
SAN FRANCISCO
ORANGE COUNTY

Timothy Mosley



May 21, 2010
Invoice 1478846

Page 9

PLEASE INDICATE INVOICE AND MATTER # WITH REMITTANCE

| Date | Description | Timekeeper | Hours/Rate | Amount |
|---|---|---|---|---|
| 04/26/10 | Emails with K. Stetson re depositions, summary judgment, emails and telephone conference with J. Hodas re same; emails with T. Motzny re M. Einhorn deposition; telephone conference with J. Hodas re summary judgment motion | Jeff Goldman | 0.60 hrs. 525.00/hr | (-0.5) 315.00 |
| 04/26/10 | Research on SID files; draft of summary judgment motion re same | Joshua Hodas | 2.20 hrs. 335.00/hr | (-1.1) 737.00 |
| 04/27/10 | Telephone conferences with K. Stetson re deposition scheduling; conferences with J. Hodas re summary judgment motion | Jeff Goldman | 0.80 hrs. 525.00/hr | (-0.4) 420.00 |
| 04/27/10 | Research re summary judgment motion | Joshua Hodas | 1.60 hrs. 335.00/hr | (-.8) 536.00 |
| 04/28/10 | Emails with J. Hodas, K. Stetson re summary judgment motion and legal research re same; telephone conferences with A. Thomas, K. Stetson re depositions; telephone conference with J. Gaines re changes to T. Mosley deposition | Jeff Goldman | 0.40 hrs. 525.00/hr | (-0.2) 210.00 |
| 04/28/10 | Draft summary judgment motion | Joshua Hodas | 6.80 hrs. 335.00/hr | (-3.4) 2,278.00 |
| 04/29/10 | Telephone conference with K. Stetson re depositions, summary judgment motion; emails with J. Hodas re summary judgment motion | Jeff Goldman | 0.30 hrs. 525.00/hr | (-.02) 157.50 |
| 04/29/10 | Draft summary judgment motion | Joshua Hodas | 7.50 hrs. 335.00/hr | (-4.0) 2,512.50 |

# JMBM | Jeffer Mangels
# | Butler & Marmaro LLP

A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
**ATTORNEYS AT LAW**
SEVENTH FLOOR
1900 AVENUE OF THE STARS
LOS ANGELES, CALIFORNIA  90067-4308
TELEPHONE: (310) 203-8080
FACSIMILE: (310) 203-0567

LOS ANGELES
SAN FRANCISCO
ORANGE COUNTY

Timothy Mosley



May 21, 2010
Invoice 1478846

Page 10

PLEASE INDICATE INVOICE AND MATTER # WITH REMITTANCE

| | | | |
|---|---|---|---|
| 04/30/10 | Conferences with J. Hodas re summary judgment motion; draft same; legal research re same; telephone conferences with K. Stetson, C. Meyer re same; review Gallefoss deposition and emails to K. Stetson, J. Hodas re same; revise summary judgment motion and legal research re same | | (- 3.0) |
| | Jeff Goldman | 5.10 hrs.  525.00/hr | 2,677.50 |
| 04/30/10 | Review email from K. Stetson re experts; draft summary judgment motions; conference with J. Goldman re summary judgment motion; legal research re same | | (-. 8) |
| | Joshua Hodas | 1.60 hrs.  335.00/hr | 536.00 |
| | Total Fees for Professional Services for this Matter for this Invoice ............. $ | | 53,136.50 |

## Chargeable Costs

| | | | |
|---|---|---|---|
| 04/01/10 | Deposition Transcript and Exhibits of Erika Savage | $ | 1,035.95 |
| 04/06/10 | Processing of client documents for production | | 50.97 |
| 04/22/10 | Air Fare - roundtrip flight from LAX to Nashville | | 920.10 |
| 04/30/10 | Hotel charges for stay in Nashville during deposition. | | 620.77 |
| 04/30/10 | Cab ride from Nashville airport to Hotel | | 30.00 |
| 04/30/10 | Cab ride from hotel to Nashville airport | | 30.00 |
| 04/30/10 | Cab ride from LAX | | 26.00 |
| | Computer Research | | 2,847.71 |
| | Document Reproduction | | 1,467.94 |
| | Overnight Delivery | | 88.15 |
| | Postage | | 8.71 |
| | Telephone Calls | | 161.09 |

# JMBM | Jeffer Mangels Butler & Marmaro LLP

A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
**ATTORNEYS AT LAW**
SEVENTH FLOOR
1900 AVENUE OF THE STARS
LOS ANGELES, CALIFORNIA 90067-4308
TELEPHONE: (310) 203-8080
FACSIMILE: (310) 203-0567

LOS ANGELES
SAN FRANCISCO
ORANGE COUNTY

Timothy Mosley



May 21, 2010
Invoice 1478846

Page 11

PLEASE INDICATE INVOICE AND MATTER # WITH REMITTANCE

| | |
|---|---:|
| Velobinding | 2.00 |
| Word Processing | 29.25 |
| Total Chargeable Costs for this Matter for this Invoice ................................. $ | 7,318.64 |
| Total Fees and Costs for this Matter for this Invoice ...................................... $ | 60,455.14 |
| Unpaid balance on this matter ......................................................................... $ | 31,123.69 |
| Please Remit Total Balance Due ..................................................................... $ | 91,578.83 |

### * * REMITTANCE ADDRESS: P.O. BOX 513267 LOS ANGELES CALIFORNIA 90051-3267

Costs may have been incurred which are not reflected in this invoice.  Costs are reflected on invoices when they are entered into our accounting system.  They do not necessarily reflect the dates costs were incurred.

Payment is due on all invoices upon presentation.  A carrying charge will be added at a rate of 1% per month from the date of the invoice on those invoices not paid by the last day of the month following the month the invoice was issued.

The Firm is a California limited liability partnership.

If you have not been receiving your invoices by e-mail and would like to please contact:
Robert Martinez     (310-785-5355) or
Bernadette O'Neill     (310-201-3550) or
Email: Finc-Collections-LA@jmbm.com

# JMBM | Jeffer Mangels
       | Butler & Marmaro LLP

A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

**ATTORNEYS AT LAW**

SEVENTH FLOOR

1900 AVENUE OF THE STARS

LOS ANGELES, CALIFORNIA 90067-4308

TELEPHONE: (310) 203-8080

FACSIMILE: (310) 203-0567

LOS ANGELES
SAN FRANCISCO
ORANGE COUNTY

Timothy Mosley

June 11, 2010

Invoice 1481012

Page 2

PLEASE INDICATE INVOICE AND MATTER # WITH REMITTANCE

---

Our Matter #   **70993-0001**                                  For Services Through May 31, 2010

**Kernel Records Oy**

| Date | Description | Timekeeper | Hours/Rate | | Amount | Handwritten |
|------|-------------|------------|------------|---|--------|-------------|
| 05/01/10 | Research re summary judgment motion [2.0 hrs. - no charge] | | | | | (- 1.6) |
| | | Joshua Hodas | 3.20 hrs.  335.00/hr | $ | 1,072.00 | |
| 05/02/10 | Research re summary judgment motion and review Gallefoss deposition; email with C. Meyer and J. Goldman re same | | | | | (-1.1) |
| | | Joshua Hodas | 2.20 hrs.  335.00/hr | | 737.00 | |
| 05/03/10 | Review and revise summary judgment motion, legal research re same, and emails with K. Stetson, J. Hodas re same | | | | | (- 3.3) |
| | | Jeff Goldman | 6.60 hrs.  525.00/hr | | 3,465.00 | |
| 05/03/10 | Revise summary judgment motion; research in preparation for Gallefoss deposition [2.0 hrs. - no charge] | | | | | (-0.6) |
| | | Joshua Hodas | 2.30 hrs.  335.00/hr | | 770.50 | |
| 05/04/10 | Conferences with J. Hodas re preparation for depositions; emails with K. Stetson re various issues | | | | | |
| | | Jeff Goldman | 0.70 hrs.  525.00/hr | | 367.50 | |
| 05/04/10 | Review emails from K. Stetson re Rubel deposition; email to opposing counsel re document requests; call with C. Meyer re SID file structure; revise motion for summary judgment; research in preparation for Gallefoss deposition [2.0 hrs. - no charge] | | | | | (- 2.9) |
| | | Joshua Hodas | 5.80 hrs.  335.00/hr | | 1,943.00 | |
| 05/04/10 | Load depositon exhibits and transcripts into the Summation database | | | | | |
| | | Christopher Piccirillo | 0.40 hrs.  180.00/hr | | 72.00 | |



# JMBM | Jeffer Mangels
## Butler & Marmaro LLP

LOS ANGELES
SAN FRANCISCO
ORANGE COUNTY

A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
ATTORNEYS AT LAW
SEVENTH FLOOR
1900 AVENUE OF THE STARS
LOS ANGELES, CALIFORNIA 90067-4308
TELEPHONE: (310) 203-8080
FACSIMILE: (310) 203-0567

Timothy Mosley



June 11, 2010
Invoice 1481012

Page 3

PLEASE INDICATE INVOICE AND MATTER # WITH REMITTANCE

---

| 05/05/10 | Prepare documents and outline for Gallefoss deposition [3.0 hrs. - no charge] | | |
|---|---|---|---|
| | Joshua Hodas | 4.60 hrs. 335.00/hr | 1,541.00 |
| 05/05/10 | Travel from Los Angeles to New York; prepare for depositions of M. Rubel and G. Gallefoss; emails with K. Stetson, J. Hodas re same; emails with T. Motzny, S. Palerm, K. Burnett re Warner depositions; emails with J. Hodas re response to written discovery | | *(- 0.6)* |
| | Jeff Goldman | 5.60 hrs. 525.00/hr | 2,940.00 |
| 05/06/10 | Prepare documents and outline for Gallefoss deposition; telephone call with C. Meyer re structure of SID files [4.0 hrs. - no charge] | | *(- 1.0)* |
| | Joshua Hodas | 4.60 hrs. 335.00/hr | 1,541.00 |
| 05/06/10 | Prepare for and take deposition of M. Rubel; conferences with K. Stetson, W. Charron re same; meeting with P. Geluso and K. Stetson re Geluso deposition; prepare for deposition of G. Gallefoss; conferences with K. Stetson and telephone conferences with J. Hodas re same | | *(- 3.4)* |
| | Jeff Goldman | 7.40 hrs. 525.00/hr | 3,885.00 |
| 05/07/10 | Prepare for and participate telephonically in Gallefoss deposition | | |
| | Joshua Hodas | 6.50 hrs. 335.00/hr | 2,177.50 |
| 05/07/10 | Prepare for and taken deposition of G. Gallefoss; travel from New York to Los Angeles and review and revise summary judgment motion | | *(- 2.0)* |
| | Jeff Goldman | 15.30 hrs. 525.00/hr | 8,032.50 |

# JMBM | Jeffer Mangels Butler & Marmaro LLP

LOS ANGELES
SAN FRANCISCO
ORANGE COUNTY

A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
ATTORNEYS AT LAW
SEVENTH FLOOR
1900 AVENUE OF THE STARS
LOS ANGELES, CALIFORNIA 90067-4308
TELEPHONE: (310) 203-8080
FACSIMILE: (310) 203-0567

Timothy Mosley



June 11, 2010
Invoice 1481012

Page 4

PLEASE INDICATE INVOICE AND MATTER # WITH REMITTANCE

| Date | Description | | |
|---|---|---|---|
| 05/10/10 | Review emails between J. Goldman and opposing counsel re depositions; research federal rule re limits on depositions; email to J. Goldman re same | | |
| | Joshua Hodas | 0.40 hrs. 335.00/hr | 134.00 |
| 05/10/10 | Emails with counsel, Warner re ten-deposition limit, legal research re same, telephone conference with K. Stetson, W. Charron, I. Farkas re same; review order on motion to dismiss; emails with K. Stetson, Universal, Warner re responses to document requests and interrogatories | | |
| | Jeff Goldman | 1.90 hrs. 525.00/hr | 997.50 |
| 05/11/10 | Telephone conference with D. Schmidt re Universal's responses to written discovery | | |
| | Jeff Goldman | 0.10 hrs. 525.00/hr | 52.50 |
| 05/12/10 | Telephone conference with K. Stetson re summary judgment motion | (- 0.2) | |
| | Jeff Goldman | 0.30 hrs. 525.00/hr | 157.50 |
| 05/13/10 | Telephone conference with J. Hodas and emails with J. Hodas, W. Charron, K. Stetson re summary judgment motion; telephone conference with K. Stetson, W. Charron re same | (- 0.4) | |
| | Jeff Goldman | 0.80 hrs. 525.00/hr | 420.00 |
| 05/13/10 | Review Gallefoss deposition transcript; review technical material re SID file structure [2.0 hrs. - no charge] | (-1.1) | |
| | Joshua Hodas | 2.20 hrs. 335.00/hr | 737.00 |
| 05/14/10 | Emails with K. Stetson, J. Hodas and telephone conference with K. Stetson, W. Charron re summary judgment motion | (-0.2) | |
| | Jeff Goldman | 0.40 hrs. 525.00/hr | 210.00 |

# JMBM | Jeffer Mangels
# | Butler & Marmaro LLP

A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
**ATTORNEYS AT LAW**
SEVENTH FLOOR
1900 AVENUE OF THE STARS
LOS ANGELES, CALIFORNIA 90067-4308
TELEPHONE: (310) 203-8080
FACSIMILE: (310) 203-0567

LOS ANGELES
SAN FRANCISCO
ORANGE COUNTY

Timothy Mosley



June 11, 2010
Invoice 1481012

Page 5

PLEASE INDICATE INVOICE AND MATTER # WITH REMITTANCE

| Date | Description | | | |
|---|---|---|---|---|
| 05/14/10 | Review Geluso deposition transcript; research re summary judgment motion [2.0 hrs. - no charge] | | | (- 1.8) |
| | Joshua Hodas | 3.60 hrs. 335.00/hr | | 1,206.00 |
| 05/15/10 | Review M. Rubel deposition and revise summary judgment motion and telephone conferences and emails with K. Stetson, J. Hodas re same | | | (- 3.0) |
| | Jeff Goldman | 4.70 hrs. 525.00/hr | | 2,467.50 |
| 05/15/10 | Revise summary judgment motion | | | (- 1.2) |
| | Joshua Hodas | 2.40 hrs. 335.00/hr | | 804.00 |
| 05/17/10 | Review Suni deposition excerpts and emails with K. Stetson re same | | | |
| | Jeff Goldman | 0.30 hrs. 525.00/hr | | 157.50 |
| 05/18/10 | Review order denying stipulation to extend dates and telephone conferences and emails with K. Stetson, B. Charron, J. Hodas re same; emails with K. Stetson re damages; review and revise summary judgment motion, legal research re same, telephone conferences with J. Hodas, C. Meyer re same, emails with K. Stetson re same, and review Gallefoss and Rubel depositions re same | | | (- 1.8) |
| | Jeff Goldman | 3.60 hrs. 525.00/hr | | 1,890.00 |
| 05/18/10 | Email and telephone call with J. Goldman and K. Stetson re scheduling of summary judgment; review Rubel deposition summary; email and telephone conference with J. Goldman re same | | | (- .4) |
| | Joshua Hodas | 0.80 hrs. 335.00/hr | | 268.00 |

# JMBM | Jeffer Mangels Butler & Marmaro LLP

A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
**ATTORNEYS AT LAW**

LOS ANGELES
SAN FRANCISCO
ORANGE COUNTY

SEVENTH FLOOR
1900 AVENUE OF THE STARS
LOS ANGELES, CALIFORNIA 90067-4308
TELEPHONE: (310) 203-8080
FACSIMILE: (310) 203-0567

Timothy Mosley



June 11, 2010
Invoice 1481012

Page 6

PLEASE INDICATE INVOICE AND MATTER # WITH REMITTANCE

| Date | Description | Hours/Rate | Amount |
|---|---|---|---|
| 05/19/10 | Emails with J. Hodas re Warner, Universal, Mosley answers to amended complaint; conferences with J. Hodas re same; review and revise same; emails with S. Palerm. K. Burnett re same; emails with R. Busch, K. Burnett re Warner deposition; review and revise summary judgment motion, legal research re same, review Gallefoss deposition re same, conferences with J. Hodas re same, and email to K. Stetson re same | | (- 1.4) |
| | Jeff Goldman | 3.40 hrs. 525.00/hr | 1,785.00 |
| 05/19/10 | Draft of answers to amended complaint and conference with J. Goldman re same [1.0 hrs. - no charge] | | |
| | Joshua Hodas | 4.80 hrs. 335.00/hr | 1,608.00 |
| 05/20/10 | Emails with K. Burnett, S. Palerm re Warner answer to amended complaint; emails with K. Stetson, C. Meyer re change in trial date; emails with J. Hodas re summary judgment motion | | (- 0.1) |
| | Jeff Goldman | 0.30 hrs. 525.00/hr | 157.50 |
| 05/20/10 | Revise answers and summary judgment motion | | (- 0.6) |
| | Joshua Hodas | 1.20 hrs. 335.00/hr | 402.00 |
| 05/21/10 | Telephone conference with S. Palerm, K. Burnett re Warner answer to amended complaint | | |
| | Jeff Goldman | 0.50 hrs. 525.00/hr | 262.50 |
| 05/21/10 | Emails re teleconference with Warner re amended complaint | | |
| | Joshua Hodas | 0.20 hrs. 335.00/hr | 67.00 |



# JMBM | Jeffer Mangels Butler & Marmaro LLP

A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
**ATTORNEYS AT LAW**
SEVENTH FLOOR
1900 AVENUE OF THE STARS
LOS ANGELES, CALIFORNIA 90067-4308
TELEPHONE: (310) 203-8080
FACSIMILE: (310) 203-0567

LOS ANGELES
SAN FRANCISCO
ORANGE COUNTY

Timothy Mosley



June 11, 2010
Invoice 1481012

Page 7

PLEASE INDICATE INVOICE AND MATTER # WITH REMITTANCE

| Date | Description | | |
|------|-------------|---|---|
| 05/23/10 | Review and revise answer of Warner defendants to amended complaint and conferences with J. Hodas re same; emails with K. Stetson re same, Universal defendants' answer; telephone conference with K. Stetson re summary judgment motion and email to J. Hodas re same | | (- 0.2) |
| | Jeff Goldman | 0.80 hrs. 525.00/hr | 420.00 |
| 05/23/10 | Revise answers to amended complaint and conferences with J. Goldman re same | | |
| | Joshua Hodas | 1.30 hrs. 335.00/hr | 435.50 |
| 05/24/10 | Review summary judgment motion and highlight citations for exhibits to be prepared; create spreadsheet re same [2.0 hrs. - no charge] | | (- 1.8) |
| | Karen Gutierrez | 3.80 hrs. 270.00/hr | 1,026.00 |
| 05/24/10 | Email and telephone conference with J. Goldman and K. Stetson re exhibits for summary judgment motion; review Eeben report re bleeps; review and prepare summary judgment exhibits [1.0 hrs. - no charge] | | (- 1.6) |
| | Joshua Hodas | 3.10 hrs. 335.00/hr | 1,038.50 |
| 05/24/10 | Emails with K. Stetson, J. Hodas re summary judgment motion | | (- 0.1) |
| | Jeff Goldman | 0.20 hrs. 525.00/hr | 105.00 |
| 05/25/10 | Review summary judgment motion and highlight citations for exhibits to be prepared; create spreadsheet re same | | (- 0.3) |
| | Karen Gutierrez | 0.70 hrs. 270.00/hr | 189.00 |

# JMBM | Jeffer Mangels Butler & Marmaro LLP

A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
**ATTORNEYS AT LAW**
SEVENTH FLOOR
1900 AVENUE OF THE STARS
LOS ANGELES, CALIFORNIA 90067-4308
TELEPHONE: (310) 203-8080
FACSIMILE: (310) 203-0567

LOS ANGELES
SAN FRANCISCO
ORANGE COUNTY

Timothy Mosley



June 11, 2010
Invoice 1481012

Page 8

PLEASE INDICATE INVOICE AND MATTER # WITH REMITTANCE

| Date | Description | | Amount |
|------|-------------|---|--------|
| 05/25/10 | Telephone conferences with K. Stetson and emails with J. Hodas, I. Farkas re summary judgment motion; emails with K. Stetson re motion to compel re expert compensation | | *(-0.2)* |
| | Jeff Goldman | 0.50 hrs. 525.00/hr | 262.50 |
| 05/25/10 | Finalize answers and review and prepare summary judgment exhibits [2.0 hrs. - no charge] | | *(-1.4)* |
| | Joshua Hodas | 2.80 hrs. 335.00/hr | 938.00 |
| 05/26/10 | Preparation of exhibits for summary judgment motion | | *(-0.5)* |
| | Karen Gutierrez | 1.50 hrs. 270.00/hr | 405.00 |
| 05/26/10 | Revise summary judgment motion | | *(-2.8)* |
| | Joshua Hodas | 5.30 hrs. 335.00/hr | 1,775.50 |
| 05/26/10 | Conferences with J. Hodas re summary judgment motions, answers; emails with K. Stetson, I. Farkas re same; telephone conference with D. Schmidt re same | | *(-0.4)* |
| | Jeff Goldman | 0.80 hrs. 525.00/hr | 420.00 |
| 05/27/10 | Preparation of exhibits for summary judgment motion [2.0 hrs. - no charge] | | *(-0.5)* |
| | Karen Gutierrez | 1.50 hrs. 270.00/hr | 405.00 |
| 05/27/10 | Finalize summary judgment motion and draft statement of undisputed facts; emails and telephone conferences with J. Goldman re same; review A. Stewart deposition re same [5.0 hrs. - no charge] | | *(-5.1)* |
| | Joshua Hodas | 10.10 hrs. 335.00/hr | 3,383.50 |



# JMBM | Jeffer Mangels Butler & Marmaro LLP

A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
**ATTORNEYS AT LAW**

LOS ANGELES
SAN FRANCISCO
ORANGE COUNTY

SEVENTH FLOOR
1900 AVENUE OF THE STARS
LOS ANGELES, CALIFORNIA 90067-4308
TELEPHONE: (310) 203-8080
FACSIMILE: (310) 203-0567

Timothy Mosley



June 11, 2010
Invoice 1481012

Page 9

PLEASE INDICATE INVOICE AND MATTER # WITH REMITTANCE

---

| 05/27/10 | Review and revise summary judgment motion, legal research re same, and emails and telephone conferences with K. Stetson, J. Hodas, I. Farkas, W. Charron re same | | (-5.0) |
| | Jeff Goldman | 9.90 hrs. 525.00/hr | 5,197.50 |
| 05/28/10 | Preparation of exhibits for summary judgment motion [2.0 hrs. - no charge] | | (-3.0) |
| | Karen Gutierrez | 6.60 hrs. 270.00/hr | 1,782.00 |
| 05/28/10 | Finalize summary judgment motion and statement of undisputed facts [5.0 hrs. - no charge] | | (-3.9) |
| | Joshua Hodas | 7.80 hrs. 335.00/hr | 2,613.00 |
| 05/28/10 | Emails and conferences with K. Stetson, J. Hodas, J. Gaines, K. Burnett, D. Schmidt re summary judgment motions; review and revise same; emails with R. Busch re depositions and review plaintiff's motion re 10-deposition limit; review order re L. Ferrara deposition and telephone conference with K. Stetson re same | | (-1.4) |
| | Jeff Goldman | 2.80 hrs. 525.00/hr | 1,470.00 |
| | Total Fees for Professional Services for this Matter for this Invoice .............. $ | | 64,193.50 |

### Chargeable Costs

| 04/21/10 | Case Retrieval at US Central District Court, Los Angeles | $ | 45.00 |
| 05/03/10 | Deposition transcript of Chris Meyer | | 436.25 |
| 05/26/10 | Hotel charges for stay in New York for depositions | | 865.89 |
| 05/26/10 | Cab charge for ride from Newark Airport to London Hotel | | 85.00 |
| 05/26/10 | Cab charge for ride from London Hotel to deposition | | 14.00 |

# JMBM | Jeffer Mangels Butler & Marmaro LLP

A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

**ATTORNEYS AT LAW**

LOS ANGELES
SAN FRANCISCO
ORANGE COUNTY

SEVENTH FLOOR
1900 AVENUE OF THE STARS
LOS ANGELES, CALIFORNIA  90067-4308
TELEPHONE: (310) 203-8080
FACSIMILE: (310) 203-0567

Timothy Mosley

June 11, 2010
Invoice 1481012

Page 10

PLEASE INDICATE INVOICE AND MATTER # WITH REMITTANCE

| | | |
|---|---|---:|
| 05/26/10 | Car charge for ride from deposition to Newark Airport | 105.46 |
| 05/26/10 | Cab charge for ride from LAX to home | 27.00 |
| | Air Fare | 1,916.40 |
| | Computer Research | 3,145.88 |
| | Document Reproduction | 756.30 |
| | Overnight Delivery | 158.79 |
| | Telephone Calls | 13.31 |

Total Chargeable Costs for this Matter for this Invoice ................................. $    7,569.28

Total Fees and Costs for this Matter for this Invoice ...................................... $   71,762.78

Unpaid balance on this matter ......................................................................... $   91,660.69

Please Remit Total Balance Due .................................................................... $  163,423.47

### * * REMITTANCE ADDRESS: P.O. BOX 513267 LOS ANGELES CALIFORNIA 90051-3267

Costs may have been incurred which are not reflected in this invoice.  Costs are reflected on invoices when they are entered into our accounting system.  They do not necessarily reflect the dates costs were incurred.

Payment is due on all invoices upon presentation.  A carrying charge will be added at a rate of 1% per month from the date of the invoice on those invoices not paid by the last day of the month following the month the invoice was issued.

The Firm is a California limited liability partnership.

# JMBM | Jeffer Mangels Butler & Marmaro LLP

A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

**ATTORNEYS AT LAW**

SEVENTH FLOOR

1900 AVENUE OF THE STARS

LOS ANGELES, CALIFORNIA 90067-4308

TELEPHONE: (310) 203-8080
FACSIMILE: (310) 203-0567

LOS ANGELES
SAN FRANCISCO
ORANGE COUNTY

Timothy Mosley

June 11, 2010
Invoice 1481012

Page 11

PLEASE INDICATE INVOICE AND MATTER # WITH REMITTANCE

If you have not been receiving your invoices by e-mail and would like to please contact:

Robert Martinez      (310-785-5355) or
Bernadette O'Neill   (310-201-3550) or
Email: Finc-Collections-LA@jmbm.com

|  | Summary of Fees | | |
|---|---|---|---|
|  | Hours | Rate/Hr | Dollars |
| Jeff Goldman | 66.90 | 525.00 | 35,122.50 |
| Karen Gutierrez | 14.10 | 270.00 | 3,807.00 |
| Joshua Hodas | 75.20 | 335.00 | 25,192.00 |
| Christopher Piccirillo | 0.40 | 180.00 | 72.00 |
| TOTALS ............................................................$ | 156.60 | 409.92 | 64,193.50 |



# JMBM | Jeffer Mangels Butler & Marmaro LLP

A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
**ATTORNEYS AT LAW**
SEVENTH FLOOR
1900 AVENUE OF THE STARS
LOS ANGELES, CALIFORNIA 90067-4308
TELEPHONE: (310) 203-8080
FACSIMILE: (310) 203-0567

LOS ANGELES
SAN FRANCISCO
ORANGE COUNTY

Timothy Mosley



July 12, 2010
Invoice 1483802

Page 2

PLEASE INDICATE INVOICE AND MATTER # WITH REMITTANCE

---

Our Matter # **70993-0001**                            For Services Through June 30, 2010
**Kernel Records Oy**

| | | | | |
|---|---|---|---|---|
| 06/01/10 | Emails with R. Busch, K. Stetson re resolution of 10-deposition motion; telephone conferences with K. Stetson re summary judgment motions; conferences with J. Hodas re same | | | (− .03) |
| | Jeff Goldman | 0.70 hrs. 525.00/hr | $ | 367.50 |
| 06/01/10 | Review of summary judgment filing; prepare draft notice of errata [2.7 hrs - at no charge please see courtesy discount] | | | (− 1.4) |
| | Joshua Hodas | 2.70 hrs. 335.00/hr | | 904.50 |
| 06/02/10 | Emails with K. Burnett re preparation for Warner deposition; telephone conferences with K. Stetson re summary judgment motions; review plaintiff's summary judgment motion and email to K. Stetson analyzing same; telephone conference and emails with R. Busch re resolution of 10-deposition motion; emails with K. Stetson, W. Charron re same | | | (− 0.5) |
| | Jeff Goldman | 1.90 hrs. 525.00/hr | | 997.50 |
| 06/03/10 | Emails with K. Burnett, R. Busch, K. Stetson re resolution of 10-deposition motion | | | |
| | Jeff Goldman | 0.40 hrs. 525.00/hr | | 210.00 |
| 06/03/10 | Review plaintiffs' motion for summary judgment filing [0.50 hrs - at no charge please see courtesy discount] | | | (− 0.3) |
| | Joshua Hodas | 0.50 hrs. 335.00/hr | | 167.50 |

# JMBM | Jeffer Mangels
# | Butler & Marmaro LLP

A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
**ATTORNEYS AT LAW**
SEVENTH FLOOR
1900 AVENUE OF THE STARS
LOS ANGELES, CALIFORNIA 90067-4308
TELEPHONE: (310) 203-8080
FACSIMILE: (310) 203-0567

LOS ANGELES
SAN FRANCISCO
ORANGE COUNTY

Timothy Mosley



July 12, 2010
Invoice 1483802

Page 3

PLEASE INDICATE INVOICE AND MATTER # WITH REMITTANCE

| | | | |
|---|---|---|---|
| 06/04/10 | Emails with R. Busch, K. Stetson, W. Charron re resolution of 10-deposition motion | | |
| | Jeff Goldman | 0.40 hrs.  525.00/hr | 210.00 |
| 06/07/10 | Emails with K. Stetson re discovery motions | | |
| | Jeff Goldman | 0.10 hrs.  525.00/hr | 52.50 |
| 06/09/10 | Telephone conference with K. Stetson re motion concerning damages, summary judgment, depositions, scheduling; telephone conference with D. Schmidt re authentication of Universal documents | | |
| | Jeff Goldman | 0.40 hrs.  525.00/hr | 210.00 |
| 06/10/10 | Telephone conference with K. Stetson re hearing on motion to dismiss Nelstar, motion concerning damages, trial date | | |
| | Jeff Goldman | 0.20 hrs.  525.00/hr | 105.00 |
| 06/12/10 | Draft opposition to plaintiff's summary judgment motion; research re piano rolls, and emails with K. Stetson re same | | (−1.9) |
| | Jeff Goldman | 3.80 hrs.  525.00/hr | 1,995.00 |
| 06/14/10 | Draft opposition to summary judgment motion; legal research re same | | (−1.7) |
| | Jeff Goldman | 2.30 hrs.  525.00/hr | 1,207.50 |
| 06/15/10 | Email and telephone conference with K. Stetson re opposition to summary judgment motion | | (−0.1) |
| | Jeff Goldman | 0.20 hrs.  525.00/hr | 105.00 |
| 06/18/10 | Emails and telephone conference with K. Stetson re opposition to summary judgment motion, separate statement of undisputed facts; revise response to separate statement | | (−0.6) |
| | Jeff Goldman | 1.20 hrs.  525.00/hr | 630.00 |

# JMBM

**Jeffer Mangels
Butler & Marmaro LLP**

A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
**ATTORNEYS AT LAW**
SEVENTH FLOOR
1900 AVENUE OF THE STARS
LOS ANGELES, CALIFORNIA  90067-4308
TELEPHONE: (310) 203-8080
FACSIMILE: (310) 203-0567

LOS ANGELES
SAN FRANCISCO
ORANGE COUNTY

Timothy Mosley



July 12, 2010
Invoice 1483802

Page 4

PLEASE INDICATE INVOICE AND MATTER # WITH REMITTANCE

| 06/19/10 | Telephone conference with K. Stetson re trial date, summary judgment motions | | |
| | Jeff Goldman | 0.20 hrs.  525.00/hr | 105.00 |
| 06/20/10 | Review and revise opposition to summary judgment motion; emails and telephone conferences with K. Stetson re same | | (- 1.9) |
| | Jeff Goldman | 3.70 hrs.  525.00/hr | 1,942.50 |
| 06/21/10 | Emails and telephone conferences with K. Stetson re opposition to summary judgment motion | | (- 0.3) |
| | Jeff Goldman | 0.60 hrs.  525.00/hr | 315.00 |
| 06/22/10 | Emails with K. Stetson re trial date; emails with T. Motzny re Hutchinson deposition | | |
| | Jeff Goldman | 0.20 hrs.  525.00/hr | 105.00 |
| 06/23/10 | Review opposition to Universal/Warner summary judgment motion and prepare reply brief | | |
| | Jeff Goldman | 0.60 hrs.  525.00/hr | 315.00 |
| 06/25/10 | Telephone conferences with K. Stetson, D. Schmidt re declaration concerning trial continuance; review and revise same | | |
| | Jeff Goldman | 0.20 hrs.  525.00/hr | 105.00 |
| 06/27/10 | Draft replies in support of summary judgment motions, review oppositions, and emails to K. Stetson re same; research re same | | (- 1.8) |
| | Jeff Goldman | 3.60 hrs.  525.00/hr | 1,890.00 |
| 06/28/10 | Telephone conference with K. Stetson re motion to continue trial | | |
| | Jeff Goldman | 0.20 hrs.  525.00/hr | 105.00 |

# JMBM | Jeffer Mangels
# Butler & Marmaro LLP

A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
**ATTORNEYS AT LAW**
SEVENTH FLOOR
1900 AVENUE OF THE STARS
LOS ANGELES, CALIFORNIA 90067-4308
TELEPHONE: (310) 203-8080
FACSIMILE: (310) 203-0567

LOS ANGELES
SAN FRANCISCO
ORANGE COUNTY

Timothy Mosley



July 12, 2010
Invoice 1483802

Page 5

PLEASE INDICATE INVOICE AND MATTER # WITH REMITTANCE

---

| | | | |
|---|---|---|---|
| 06/30/10 | Telephone conference with K. Stetson re summary judgment replies, mediation; draft summary judgment replies and legal research re same | *(- 2.6)* | |
| | Jeff Goldman | 5.30 hrs.  525.00/hr | 2,782.50 |

Total Fees for Professional Services for this Matter for this Invoice ............ $     14,827.00

(** Less Courtesy Discount ........................................................................ $     1,072.00)

Total Fees Less Courtesy Discount ............................................................. $     13,755.00

### Chargeable Costs

| | | |
|---|---|---|
| Computer Research | $ | 1,384.88 |
| Document Reproduction | | 122.55 |
| Overnight Delivery | | 89.29 |
| Telephone Calls | | 12.02 |

Total Chargeable Costs for this Matter for this Invoice ................................. $     1,608.74

Total Fees and Costs for this Matter for this Invoice ...................................... $     15,363.74

Unpaid balance on this matter ...................................................................... $     163,959.98

Please Remit Total Balance Due ................................................................... $     179,323.72

---

**\* \* REMITTANCE ADDRESS: P.O. BOX 513267 LOS ANGELES CALIFORNIA 90051-3267**

# JMBM | Jeffer Mangels Butler & Marmaro LLP

A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
**ATTORNEYS AT LAW**
SEVENTH FLOOR
1900 AVENUE OF THE STARS
LOS ANGELES, CALIFORNIA 90067-4308
TELEPHONE: (310) 203-8080
FACSIMILE: (310) 203-0567

LOS ANGELES
SAN FRANCISCO
ORANGE COUNTY

Timothy Mosley



July 12, 2010
Invoice 1483802

Page 6

PLEASE INDICATE INVOICE AND MATTER # WITH REMITTANCE

---

Costs may have been incurred which are not reflected in this invoice. Costs are reflected on invoices when they are entered into our accounting system. They do not necessarily reflect the dates costs were incurred.

Payment is due on all invoices upon presentation. A carrying charge will be added at a rate of 1% per month from the date of the invoice on those invoices not paid by the last day of the month following the month the invoice was issued.

The Firm is a California limited liability partnership.

If you have not been receiving your invoices by e-mail and would like to please contact:
Robert Martinez        (310-785-5355) or
Bernadette O'Neill     (310-201-3550) or
Email: Finc-Collections-LA@jmbm.com

|  | Summary of Fees | | |
| --- | --- | --- | --- |
|  | Hours | Rate/Hr | Dollars |
| Jeff Goldman | 26.20 | 525.00 | 13,755.00 |
| Joshua Hodas | 3.20 | 335.00 | 1,072.00 |
| TOTALS ...........................................................$ | 29.40 | 504.32 | 14,827.00 |

# JMBM | Jeffer Mangels Butler & Mitchell LLP

A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
**ATTORNEYS AT LAW**
SEVENTH FLOOR

LOS ANGELES
SAN FRANCISCO
ORANGE COUNTY

1900 Avenue of the Stars
LOS ANGELES, CALIFORNIA 90067-4308
TELEPHONE: (310) 203-8080
FACSIMILE: (310) 203-0567

Timothy Mosley



August 12, 2010
Invoice 1486525

Page 2

PLEASE INDICATE INVOICE AND MATTER # WITH REMITTANCE

Our Matter #  **70993-0001**                                   For Services Through July 31, 2010

**Kernel Records Oy**

| Date | Description | | | Amount |
|---|---|---|---|---|
| 07/01/10 | Conference with J. Goldman and K. Stetson re burden of proving exemption from registration requirement; legal research re same | | | |
| | Brian Yates | 0.80 hrs. 345.00/hr | $ | 276.00 |
| 07/01/10 | Telephone conferences with K. Stetson re summary judgment replies, trial date; emails with K. Stetson re motion to compel testimony concerning purchase of shares; telephone conference with K. Stetson, B. Yates re legal research concerning foreign works | | | |
| | Jeff Goldman | 0.50 hrs. 525.00/hr | | 262.50 |
| 07/02/10 | Draft sound recording section of reply in support of summary judgment motion, legal research re same, and email to K. Stetson re same; telephone conference with K. Stetson re trial date | | (-4.9) | |
| | Jeff Goldman | 5.10 hrs. 525.00/hr | | 2,677.50 |
| 07/04/10 | Draft Daubert motion to exclude M. Rubel testimony; telephone conference with K. Stetson re same; draft ownership and implied license sections of reply in support of summary judgment motion; legal research re same | | (-1.8) | |
| | Jeff Goldman | 3.70 hrs. 525.00/hr | | 1,942.50 |
| 07/05/10 | Draft ownership and implied license sections of reply in support of summary judgment motion; telephone conferences with K. Stetson re same | | (-1.4) | |
| | Jeff Goldman | 2.80 hrs. 525.00/hr | | 1,470.00 |

# JMBM | Jeffer Mangels Butler & Mitchell LLP

A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
**ATTORNEYS AT LAW**
SEVENTH FLOOR

LOS ANGELES
SAN FRANCISCO
ORANGE COUNTY

1900 Avenue of the Stars
LOS ANGELES, CALIFORNIA 90067-4308
TELEPHONE: (310) 203-8080
FACSIMILE: (310) 203-0567

Timothy Mosley



August 12, 2010
Invoice 1486525

Page 3

PLEASE INDICATE INVOICE AND MATTER # WITH REMITTANCE

| Date | Description | | Amount |
|------|-------------|---|--------|
| 07/06/10 | Draft ownership and implied license sections of reply in support of summary judgment motion; legal research re same; telephone conferences with K. Stetson re same, Daubert motion, sound recording section of reply | *(-0.8)* | |
| | Jeff Goldman | 1.70 hrs. 525.00/hr | 892.50 |
| 07/12/10 | Review scheduling order and emails to D.Schmidt, S. Palerm, K. Burnett re same | | |
| | Jeff Goldman | 0.20 hrs. 525.00/hr | 105.00 |

Total Fees for Professional Services for this Matter for this Invoice ............. $    7,626.00

## Chargeable Costs

| | | |
|---|---|---|
| Computer Research | $ | 1,341.98 |
| Document Reproduction | | 10.65 |

Total Chargeable Costs for this Matter for this Invoice ................................. $    1,352.63

Total Fees and Costs for this Matter for this Invoice ...................................... $    8,978.63

Unpaid balance on this matter ...................................................................... $    149,245.38

Please Remit Total Balance Due ................................................................... $    158,224.01

**\* \* REMITTANCE ADDRESS: P.O. BOX 513267 LOS ANGELES CALIFORNIA 90051-3267**



# JMBM | Jeffer Mangels
# Butler & Mitchell LLP

A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
**ATTORNEYS AT LAW**
SEVENTH FLOOR

LOS ANGELES
SAN FRANCISCO
ORANGE COUNTY

1900 Avenue of the Stars
LOS ANGELES, CALIFORNIA 90067-4308
TELEPHONE: (310) 203-8080
FACSIMILE: (310) 203-0567

Timothy Mosley

April 8, 2013
Invoice 1567217

Page 3

PLEASE INDICATE INVOICE AND MATTER # WITH REMITTANCE

| Date | Description | | Amount |
|------|-------------|---|--------|
| 03/14/13 | Review and analyze opposition to attorneys' fees motion<br>Jeff Goldman | 0.20 hrs. 620.00/hr | 124.00 |
| 03/18/13 | Review and analyze opposition to attorneys' fees motion, legal research re same, and emails with K. Stetson re same<br>Jeff Goldman | 0.90 hrs. 620.00/hr | 558.00 |
| 03/20/13 | Telephone conference and emails with K. Stetson re attorneys' fees reply; legal research re same; conferences with B. Yates re same<br>Jeff Goldman | 0.90 hrs. 620.00/hr | 558.00 |
| 03/20/13 | Review case docket and orders, conferences with J. Goldman re same, and emails with J. Goldman re same<br>Brian Yates | 0.80 hrs. 435.00/hr | 348.00 |
| 03/21/13 | Telephone conference with J. Goldman re magistrate's orders for use in attorneys' fees reply; review docket re same<br>Brian Yates | 0.40 hrs. 435.00/hr | 174.00 |
| 03/21/13 | Telephone conference with B. Yates re attorneys' fees reply; legal research re same<br>Jeff Goldman | 1.20 hrs. 620.00/hr | 744.00 |
| 03/22/13 | Emails and conference with B. Yates re attorneys' fees reply; emails with K. Stetson's office re same; draft reply and legal research re same<br>Jeff Goldman | 3.80 hrs. 620.00/hr | 2,356.00 |



# JMBM | Jeffer Mangels Butler & Mitchell LLP

A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
**ATTORNEYS AT LAW**
SEVENTH FLOOR
1900 Avenue of the Stars
LOS ANGELES, CALIFORNIA  90067-4308
TELEPHONE: (310) 203-8080
FACSIMILE: (310) 203-0567

LOS ANGELES
SAN FRANCISCO
ORANGE COUNTY

Timothy Mosley

April 8, 2013
Invoice 1567217

Page 4

PLEASE INDICATE INVOICE AND MATTER # WITH REMITTANCE

| Date | Description | | |
|---|---|---|---|
| 03/22/13 | Review and analyze Nelly Furtado album sales report; emails and conference with J. Goldman re same; review case docket re same | | |
| | Brian Yates | 0.90 hrs. 435.00/hr | 391.50 |
| 03/23/13 | Draft attorneys' fees reply; legal research re same | | |
| | Jeff Goldman | 1.80 hrs. 620.00/hr | 1,116.00 |
| 03/26/13 | Draft attorneys' fees reply and emails with B. Yates, K. Stetson re same | | |
| | Jeff Goldman | 3.40 hrs. 620.00/hr | 2,108.00 |
| 03/26/13 | Review docket re key dates; review album sales report; emails with J. Goldman re same | | |
| | Brian Yates | 0.80 hrs. 435.00/hr | 348.00 |
| 03/27/13 | Draft and revise attorneys' fees reply, legal research re same, emails with K. Stetson re same, and conference with B. Yates re same | | |
| | Jeff Goldman | 3.40 hrs. 620.00/hr | 2,108.00 |
| 03/27/13 | Revise reply in support of attorneys' fees reply; emails with J. Goldman and K. Stetson re same; conferences with J. Goldman re same; research federal rules and case law re same; review copyright registration and album sales report re same | | |
| | Brian Yates | 3.20 hrs. 435.00/hr | 1,392.00 |
| 03/28/13 | Emails with K. Stetson and J. Goldman re attorneys' fees reply | | |
| | Brian Yates | 0.40 hrs. 435.00/hr | 174.00 |



**JMBM** | Jeffer Mangels
Butler & Mitchell LLP

LOS ANGELES
SAN FRANCISCO
ORANGE COUNTY

A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
ATTORNEYS AT LAW
SEVENTH FLOOR
1900 Avenue of the Stars
LOS ANGELES, CALIFORNIA 90067-4308
TELEPHONE: (310) 203-8080
FACSIMILE: (310) 203-0567

April 8, 2013
Invoice 1567217

Page 5

Timothy Mosley

PLEASE INDICATE INVOICE AND MATTER # WITH REMITTANCE

| 03/28/13 | Emails with K. Stetson, B. Yates, D. Schmidt re attorneys' fees reply | | 124.00 |
| | Jeff Goldman | 0.20 hrs. 620.00/hr | |

Total Fees for Professional Services for this Matter for this Invoice ............. $   *12,623.50*  ~~26,994.50~~

**Chargeable Costs**

| Document Reproduction | $ | 3.20 |
| Postage | | 4.24 |

Total Chargeable Costs for this Matter for this Invoice ................................. $   7.44

Total Fees and Costs for this Matter for this Invoice ...................................... $   *12,630.94*  ~~27,001.94~~

Unpaid balance on this matter ...................................................................... $   25,844.93

Please Remit Total Balance Due .................................................................. $   52,846.87

**\* \* REMITTANCE ADDRESS: P.O. BOX 513267 LOS ANGELES CALIFORNIA 90051-3267**